**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 09-20908-CIV-UNGARO

STEPHEN A. KARAKIS,
      Plaintiff,

v.

AURA OF SOUTH BEACH, INC., et al.
      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff's Verified Motion for Fees and

Costs, filed December 28, 2009 (D.E. 46).

THE MATTER was referred to the Honorable Andrea Simonton, United States

Magistrate Judge.  (D.E. 47.)  A Report and Recommendation dated February 3, 2009, has been

entered, recommending that Plaintiff's Motion be denied.  (D.E. 54).  Plaintiff filed his

objections to the Report and Recommendation on February 17, 2010 (D.E. 56.)  The matter is

ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein and is

otherwise fully advised in the premises.  By way of background, Plaintiff filed this action on

April 7, 2009, against Defendant Aura of South Beach, Inc. ("Aura") for violations of the

American With Disabilities Act, 42 U.S.C. § 12181, et seq.  On December 1, 2009, the Court

granted Plaintiff's Motion for Final Default Judgment and entered Final Judgment against Aura.

(D.E. 40, 41.)   In the Court's Order of Final Judgment, it explicitly stated that any motion for

attorneys fees shall be filed within twenty days.  Plaintiff's counsel filed his Motion for Fees and

Costs twenty-seven days later, without first seeking leave to file his Motion out of time.

1

Magistrate Judge Simonton recommends that Plaintiff's Motion be denied as untimely filed.  Plaintiff's counsel objects, arguing that his Motion was filed untimely as a result of "excusable neglect" – that is, Plaintiff's counsel improperly calendared the deadline.  The Court finds that this does not constitute excusable negligent.  *See Corwin v. Walt Disney*, 475 F.3d 1239, 1255 (11th Cir. 2007) (affirming a lower court's decision to refuse to find excusable neglect for a party's mistake in calendaring based on a misunderstanding of the law).

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 54) is RATIFIED, ADOPTED, and AFFIRMED.  Plaintiff's Motion (D.E. 49) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of March, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Simonton
Counsel of Record

2